UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------------x
MARIA QUINONES,                                      Docket No. 25-6654

                     Plaintiff,                          **NOTICE OF REMOVAL**

     -against-

COSTCO WHOLESALE CORPORATION,

                     Defendant.
------------------------------------------------------------------x

TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK:

     Defendant, Costco Wholesale Corporation ("Costco"), for the removal of this action from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York, respectfully shows this Honorable Court:

     FIRST:    Costco is a Defendant in a civil action brought against it in the Supreme Court of the State of New York, County of Queens, entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------x
MARIA QUINONES,                                      Index No. 702543/2025

                     Plaintiff,

     -against-

COSTCO WHOLESALE CORPORATION,

                     Defendant.
------------------------------------------------------------------x

17278957-1

SECOND: Copies of the Summons and Verified Complaint filed by Plaintiff, Maria Quinones ("Plaintiff"), in this action on January 28, 2025, are annexed hereto as **Exhibit "A."** A copy of Costco's Verified Answer to the Verified Complaint, filed on March 3, 2025, is annexed hereto as **Exhibit "B."** These exhibits constitute all pleadings served upon any party in this action.

THIRD: On November 21, 2025, our office received Plaintiff's Response to Demand Pursuant to CPLR 3017(c) ("Response"), which alleges that Plaintiff "demands a judgment against the defendants in the sum of ONE MILLION and 00/100 ($1,000,000.00) DOLLARS" (**Exhibit "C"**). Accordingly, the amount in controversy in this matter exceeds $75,000, exclusive of interests and costs. In addition, less than thirty (30) days have passed since receipt of Plaintiff's Response.

FOURTH: This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by Costco, pursuant to the provisions of Title 28 United States Code, Section 1441, in that: it is a civil action brought in a Supreme Court of the State of New York, by a citizen of the State of New York who is domiciled in Queens, New York, against a foreign corporation whose principal place of business is outside of the State of New York, located in the State of Washington with its principal place of business in the State of Washington; and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

[*The document continues on the following page.*]

WHEREFORE, defendant, Costco Wholesale Corporation, prays that the above action now pending against it in the Supreme Court of the State of New York, County of Queens, be removed from there to this Court.

Dated: New York, New York
December 2, 2025

        **CONNELL FOLEY LLP**

        _____
        **MICHAEL J. CROWLEY**
        **NADAV BARACK**
        *Attorneys for Defendant*
        **COSTCO WHOLESALE CORPORATION**
        875 Third Avenue, 21st Floor
        New York, New York 10022
        (212) 307-3700

**TO:** Audra Roth, Esq.
**ROTH & ROTH, LLP**
*Attorneys for Plaintiff*
**MARIA QUINONES**
192 Lexington Ave, Suite 802
New York, New York 10016
(212) 425-1020