# Exhibit "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------x
MARIA QUINONES,

                    Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                    Defendant.
-------------------------------------------------------------------x

Index No. 702543/2025

**VERIFIED ANSWER**

Defendant COSTCO WHOLESALE CORPORATION (herein "COSTCO"), by and through its attorneys, Connell Foley LLP, as and for its Verified Answer to Plaintiff's Verified Complaint, hereby states, upon information and belief, as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of Plaintiff's Verified Complaint designated "1", "2", "11", "12", "13", "14", "15", "16", "20" and "21".

2. Admits the allegations set forth in the Verified Complaint designated "3" and "8".

3. Denies each and every allegation contained in the paragraphs of Plaintiff's Verified Complaint designated "4", "5", "6", "7", "9", "10", "17", "22", "23", "24" and "25".

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of Plaintiff's Verified Complaint designated "18" and "19" and refers all questions of law to the Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5. All limitations of liability made available by Article 16 of the New York Civil Practice Law and Rules may apply to COSTCO.

16428639-1

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

6. Upon information and belief, any past or future costs, expenses or damages incurred or which will be incurred by Plaintiff, as alleged in the Verified Complaint, have been or will be, with reasonable certainty, replaced or indemnified, in whole or in part, from a collateral source as that term is defined in Section 4545(c) of the New York Civil Practice Law and Rules. By reason of the foregoing, if any damages are recoverable against COSTCO, the amount of any such damages must be diminished by the amount of the reimbursement or indemnification which Plaintiff has or shall receive from such collateral source.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

7. All or part of the damages allegedly sustained by Plaintiff were caused by her own culpable conduct through her negligence and/or careless acts and/or omissions and Plaintiff's damages, if any, should be diminished in accordance with the degree of culpability and fault attributed to her as provided in Section 1411 of the New York Civil Practice Law and Rules.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

8. The injuries and damages allegedly sustained by Plaintiff were caused solely by Plaintiff's own culpable and negligent conduct and were not caused nor contributed to by reason of any negligence or other omission or act on the part of COSTCO.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

9. The damages sustained by Plaintiff, if any, were caused by the negligence and carelessness of some third person over whom COSTCO had neither control nor responsibility.

-2-

16428639-1

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

10. Plaintiff is barred from recovery of his alleged damages, or any recovery of his alleged damages must be reduced, by reason of Plaintiff's failure to mitigate his alleged damages.

**WHEREFORE**, Defendant COSTCO WHOLESALE CORPORATION demands judgment dismissing Plaintiff's Verified Complaint, together with costs, disbursements and attorneys' fees herein, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       March 3, 2025

                                           CONNELL FOLEY LLP

                                         MICHAEL J. CROWLEY
                                         *Attorneys for Defendant*
                                         **COSTCO WHOLESALE CORPORATION**
                                         875 Third Avenue, 21st Floor
                                         New York, New York 10022
                                         (212) 307-3700

**TO:** Audra Roth, Esq.
       **ROTH & ROTH, LLP**
       *Attorneys for Plaintiff*
       **MARIA QUINONES**
       192 Lexington Ave, Suite 802
       New York, New York 10016
       (212) 425-1020

-3-

16428639-1

## VERIFICATION

STATE OF NEW YORK  )
                                     ) ss.:
COUNTY OF NEW YORK )

**MICHAEL J. CROWLEY**, an attorney at law, duly admitted to practice before the Courts of the State of New York, affirms the following under penalty of perjury:

I am a Partner with the firm of Connell Foley LLP, attorneys for Defendant Costco Wholesale Corporation and I have read the foregoing Verified Answer to Plaintiff's Verified Complaint and know the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true.

The reason this Verification is made by the deponent and not by the Defendant is that Defendant Costco is a foreign corporation which does not have an office within the County of New York, wherein your deponent has his office.

That the source of your deponent's knowledge and information and the grounds of this belief upon which he makes this Verification are the communications, papers, reports, records and investigations contained in the Defendant's file.

_____
MICHAEL J. CROWLEY

Sworn to before me this
3rd day of March, 2025

_____
Notary Public

MONICA CRUZ
Notary Public - State of New York
No. 01CR0011499
Qualified in Bronx County
My Commission Expires July 20, 2027

-4-

16428639-1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

**DAWN CAMMAYO**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New Jersey.

On March 3, 2025, deponent served the within **VERIFIED ANSWER AND NOTICE OF EXAMINATION BEFORE TRIAL** upon:

Audra Roth, Esq.
**ROTH & ROTH, LLP**
*Attorneys for Plaintiff*
**MARIA QUINONES**
192 Lexington Ave, Suite 802
New York, New York 10016
(212) 425-1020

being the address designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DAWN CAMMAYO

Sworn to before me this
3rd day of March, 2025.

_____
Notary Public

MONICA CRUZ
Notary Public - State of New York
No. 01CR0011499
Qualified in Bronx County
My Commission Expires July 20, 2027

16429146-1