# Exhibit "C"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------------X
MARIA QUINONES,

                                Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                                Defendant.
------------------------------------------------------------------------X

Index No.: 702543/2025

**RESPONSE TO C.P.L.R. §3017(c) DEMAND**

C O U N S E L O R S:

**PLEASE TAKE NOTICE**, that Plaintiff, **MARIA QUINONES**, by her attorneys **ROTH & ROTH LLP**, sets forth the following response to Defendant COSTCO WHOLESALE CORPORATION'S, Demand Pursuant to C.P.L.R. §3017(c), dated March 10, 2025, as follows:

    I.    The total damages to which the Plaintiff claims to be entitled:

ONE MILLION DOLLARS ($1,000,000.00).

Dated: New York, New York
          November 21, 2025

                                              Yours, etc,
                                              ROTH & ROTH, LLP.

                                              BY: AUDRA R. ROTH
                                              Attorneys for Plaintiff
                                              **MARIA QUINONES**
                                              192 Lexington Avenue, Suite 802
                                              New York, New York 10016
                                              (212) 425-1020
                                              Our File No.: 6460

TO:   CONNELL FOLEY LLP
        *Attorneys for Defendant*
        **COSTCO WHOLESALE CORPORATION**
        875 Third Avenue, 21st Floor
        New York, New York 10022
        (212) 307-3700

## AFFIRMATION OF SERVICE

I affirm this 24 day of November 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

I am not a party to the action, am over 18 years of age and reside in the County of Richmond, State of New York.

On 24 day of November 2025, I served a true copy of the annexed **RESPONSE TO C.P.L.R. §3017(c) DEMAND**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

CONNELL FOLEY LLP
875 Third Avenue, 21st Floor
New York, New York 10022

*And Via Electronic Mail to:*
mcrowley@connellfoley.com and,
nbarack@connellfoley.com

_____
Karoline Holldorf

Index #: 702543/2025
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------X
MARIA QUINONES,

                                 Plaintiff,

      -against-

COSTCO WHOLESALE CORPORATION,

                               Defendants.
------------------------------------------------------------------X

## RESPONSE TO C.P.L.R. §3017(c) DEMAND

The below signature attests to the following papers *RESPONSE TO C.P.L.R. §3017(c) DEMAND*

By: _____
      Audra R. Roth

**ROTH & ROTH, LLP**
**Attorneys for Plaintiff**
**192 Lexington Avenue, Suite 802**
**New York, New York 10016**
**(212) 425-1020**