UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA QUINONES

Plaintiff(s)

- v -

COSTCO WHOLESALE CORPORATION

Defendant(s)

RULE 7.1 STATEMENT

25-6654

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant, COSTCO WHOLESALE CORPORATION

(a private non-governmental party or intervenor) certifies the following:

Part I

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Defendant, Costco Wholesale Corporation ("Costco") hereby states:
1. Costco does not have a parent corporation; and
2. No other publicly held company owns 10% or more of Costco's stock.

Part II

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff - Maria Quinones - Maria Quinones - 32-09 38th Avenue, 2nd Floor, Long Island City, NY 11101, Queens County

Defendant - Costco Wholesale Corporation - State of Washington with its principal place of business located at 999 Lake Drive, Issaquah, Washington, 98027.

12/2/25
Date

_____
Signature of Attorney

MC2821
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).