UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
----------------------------------------------------------------x

MARIA QUINONES,

                Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                Defendant.
----------------------------------------------------------------x

Docket No. 25-6654

**NOTICE OF REMOVAL**

       Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant, Costco Wholesale Corporation, demands a trial by jury in this matter.

Dated:  New York, New York
          December 2, 2025

                                        **CONNELL FOLEY LLP**

                                        _____
                                        **MICHAEL J. CROWLEY**
                                        **NADAV BARACK**
                                        *Attorneys for Defendant*
                                        **COSTCO WHOLESALE CORPORATION**
                                        875 Third Avenue, 21st Floor
                                        New York, New York 10022
                                        (212) 307-3700

**TO:**  Audra Roth, Esq.
        **ROTH & ROTH, LLP**
        *Attorneys for Plaintiff*
        **MARIA QUINONES**
        192 Lexington Ave, Suite 802
        New York, New York 10016
        (212) 425-1020