# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK)

Meredith Kaletski, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On December 2, 2025, deponent served the within **NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, and DEMAND FOR TRIAL BY JURY** (via PACER).

**Audra Roth, Esq.**
**ROTH & ROTH, LLP**
**Attorneys for Plaintiff**
**MARIA QUINONES**
**192 Lexington Ave, Suite 802**
**New York, New York 10016**
**(212) 425-1020**

Sworn to before me on the
2nd day of December, 2025

_____
Notary Public

MEREDITH KALETSKI

FRANCIS MANOLO PEÑA
Notary Public, State of New York
No. 01PE6342521
Qualified in Queens County
Commission Expires May 23, 2028